UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA  :  INDICTMENT

    - v. -  :  07 Cr. ___

IPHIEL REID,
    a/k/a "Clay," and
BASHIRI WALSH,
    a/k/a "Boy Wonder,"

          Defendants.

- - - - - - - - - - - - - - - - - - X

**07 CRIM. 459**

## COUNT ONE

The Grand Jury charges:

1. From in or about April 2005, up to and including in or about March 2006, in the Southern District of New York and elsewhere, IPHIEL REID, a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants, and others known and unknown, unlawfully, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that IPHIEL REID, a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form

commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about April 5, 2005, IPHIEL REID, a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants, and another co-conspirator not named as a defendant herein ("CC-1"), provided cocaine base to a confidential informant in the Bronx, New York, in exchange for United States currency.

(Title 21, United States Code, Section 846.)

**COUNT TWO**

The Grand Jury further charges:

4. On or about May 24, 2005, in the Southern District of New York and elsewhere, IPHIEL REID, a/k/a "Clay," the defendant, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## COUNT THREE

The Grand Jury further charges:

5.   On or about April 28, 2005, in the Southern District of New York and elsewhere, BASHIRI WALSH, a/k/a "Boy Wonder," the defendant, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); and Title 18, United States Code, Section 2.)

## Forfeiture Allegation

6.   As a result of committing the controlled substance offenses alleged in Counts One, Two and Three of this Indictment, IPHIEL REID, a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One, Two and Three of this Indictment.

## Substitute Asset Provision

7.   If any of the above-described forfeitable property, as a result of any act or omission of IPHIEL REID,

a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of IPHIEL REID, a/k/a "Clay," and BASHIRI WALSH, a/k/a "Boy Wonder," the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853).

_____       _____
FOREPERSON                                     MICHAEL J. GARCIA
                                                                 United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

IPHIEL REID,
a/k/a "Clay," and
BASHIRI WALSH,
a/k/a "Boy Wonder,"

Defendants.

07 Cr.

**INDICTMENT**

(Title 21, United States Code, Sections
812, 841(a), 841(b)(1)(B), 846)

MICHAEL J. GARCIA
United States Attorney

A TRUE BILL.

_____
Foreperson.

5/23/07 Indictment filed. A/W$ issued. Assigned to Judge Koeltl.

Fox, J.