UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

IPHIEL REID and BASHIRI WALSH,

                Defendant.

07 Cr. 459 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **November 2, 2007** at **10:30 a.m.**

Because an adjournment is needed to allow the defendant Reid to recover from an illness so that he can be present for a status conference, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **October 29, 2007**, until **November 2, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
            October 29, 2007

                                          John G. Koeltl
                                     United States District Judge

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: — DATE FILED: 10/29/07*