```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

IPHIEL REID AND BASHIRI WALSH,
                                   Defendants.
-------------------------------------------------------------X

07 cr 459 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Friday, April 4, 2008 at 10:30am** before the Honorable John G. Koeltl.

    The Court prospectively excludes the time from today until **April 4, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                            UNITED STATES DISTRICT JUDGE

Dated: New York, New York
          March 7, 2008