UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

IPHIEL REID and BASHIRI WALSH,
                                 Defendants.
-------------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: cr 459 (JGK)
```

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, May 2, 2008 at 3:00pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **May 2, 2008** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                                  UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        April 3, 2008